Samuel E. TOOTLE, II, Appellant,

v.

Donald H. RUMSFELD, Secretary of Defense, et al., Appellees.

No. 01–5386.

United States Court of Appeals, District of Columbia Circuit.

April 8, 2002.

Rehearing Denied June 4, 2002.

Before GINSBURG, Chief Judge; RANDOLPH, and GARLAND, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. See Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's judgment of August 29, 2001, be affirmed. The district court correctly determined that liability under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), cannot be based on a theory of *respondeat superior*. *See Cameron v. Thornburgh*, 983 F.2d 253, 258 (D.C.Cir.1993).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.